IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMY CIENIAWA, | : | |
| | : | |
| Plaintiff, | : | No. 3:17-CV-0796 |
| | : | |
| v. | : | Honorable Robert D. Mariani |
| | : | |
| TROOPER BRIAN PALL, | : | Electronically Filed Document |
| TROOPER MICHAEL FOUX, | : | |
| TROOPER LARRY MCDANIEL, | : | |
| OFFICER CHRISTOPHER | : | |
| ZUKOWSKY, CAPTAIN DAVID | : | |
| DOUGALAS, BOROUGH OF | : | |
| WEST HAZLETON d/b/a WEST | : | |
| HAZLETON POLICE | : | |
| DEPARTMENT, AND CHIEF | : | |
| BRIAN BUGLIO, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 30th day of March, 2018, upon consideration of the Joint Motion for Extension of Time to Discovery Deadline and Dispositive Motions that the Motion is GRANTED. The discovery and dispositive motion deadline are extended by sixty (60) days, until June 2, 2018 for discovery and July 2, 2018 for dispositive motions.

By the Court:

/s/ Robert D. Mariani
HONORABLE ROBERT D. MARIANI
United States District Judge