IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY CIENIAWA,

      Plaintiff,

v.

TROOPER BRIAN PALL, et al.

      Defendants.

3:17-CV-796
(JUDGE MARIANI)

## ORDER

AND NOW, THIS _11th_ DAY OF JUNE, 2021, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendants' "Motion to Dismiss for Failure to Prosecute Pursuant to F.R.C.P. 41(b)" (Doc. 67) is **GRANTED**.

2. This action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

3. The pre-trial conference in this matter, scheduled to be held on July 9, 2021, and trial in this matter, scheduled to commence on July 19, 2021, are **CANCELLED**.

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

5. The Clerk of Court is directed to mail a copy of this Order to following addresses:

| | |
|---|---|
| Jeremy Cieniawa<br>127 Academy St., Apt. 7<br>Wilkes-Barre, PA  18702 | Jeremy Cieniawa<br>315 North Broad Street<br>Hazleton, PA  18202 |

_____
Robert D. Mariani
United States District Judge